UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTON CLIFFORD,

        Plaintiffs,

    v.

AKHANDAND OF SS LLC and MG
PACKAGE STORE LLC,

        Defendant.

CIVIL ACTION NO.

1:21-CV-5017-SEG

## O R D E R

This case is before the Court on the Plaintiff's Rule 21 Motion to Dismiss Defendant Akhandand of SS LLC (Doc. 17). Defendant Akhandand of SS LLC has neither filed an answer to the complaint nor appeared before the Court, and Defendant MG Package Store LLC does not object to its dismissal. (Doc. 17). Rule 21 provides, in relevant part, that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Courts in the 11th Circuit have interpreted this rule to permit plaintiffs to drop defendants by motion, including where plaintiffs could exercise their option to voluntarily dismiss their claims pursuant to Rule 41(a), but elect not to do so. *See Reaid v. Wilson*, 2019 WL 9620222 (N.D. Ga. Oct. 18, 2019); *Davison v. Georgia Correctional Health, LLC*, 2016 WL 3366453 (N.D. Ga. June 15, 2016); *Edney v. City of Montgomery*, 960 F. Supp. 270, 274 (M.D. Ala. 1997).

Accordingly, Defendant Akhandand of SS LLC is **DROPPED** as a party pursuant to Rule 21 of the Federal Rules of Civil Procedure.  The Clerk is directed to **TERMINATE** Akhandand of SS LLC as a party to this case.

**SO ORDERED** this 15th day of June, 2022.

SARAH E. GERAGHTY
United States District Judge