IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:21-CV-5017-SEG |
| | * |
| MG PACKAGE STORE LLC, | * |
| | * |
| Defendant. | * |

### NOTICE OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 12th day of September, 2022.

__/s/ *Julie McCollister*_____
Counsel for Plaintiff
Julie McCollister
Georgia Bar No. 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
709-745-0057
jbmccollister@gmail.com

_/s/ *Raanon Gal*_____
Counsel for Defendant
Raanon Gal
Georgia Bar No. 100281
Barnes & Thornburg LLP
3475 Piedmont Road, N.E., Suite 1700

Atlanta, Georgia 30305
404-264-4066
Rgal@btlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I electronically filed the foregoing Notice of Dismissal with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

Raanon Gal
Georgia Bar No. 100281
Barnes & Thornburg LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305
Rgal@btlaw.com

*/s/ Julie McCollister*
Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister